ORIGINAL

**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP
CORLIS J. CHANG                  3539-0
   CCHANG@GOODSILL.COM
BARBARA A. PETRUS               3238-0
   BPETRUS@GOODSILL.COM
KIMBERLY J. KOIDE                 8256-0
   KKOIDE@GOODSILL.COM
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendants
COUNTY OF KAUA'I, KAUA'I FIRE
DEPARTMENT, DAVID SPROAT, ROBERT
KADEN AND SIDNEY KINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>            Defendants. | CV. NO. 03-00540 BMK<br><br>STIPULATION FOR EXTENSION OF DISCOVERY DEADLINE, AND ORDER<br><br><br><br><br><br>**TRIAL DATE: April 18, 2006** |

1138913.1

## STIPULATION FOR EXTENSION OF
## DISCOVERY DEADLINE, AND ORDER

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs CARL RAGASA and KANANI RAGASA and Defendants COUNTY OF KAUA'I, KAUA'I FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, and ETHAN SAGE (collectively "Defendants"), by and through their respective counsel, that the deadline for Discovery originally scheduled for December 9, 2005 is now extended to February 10, 2006.

DATED: Honolulu, Hawaii, _December 28, 2005_.

_____
CORLIS J. CHANG
BARBARA A. PETRUS
KIMBERLY J. KOIDE
Attorneys for Defendants
COUNTY OF KAUA'I, KAUA'I FIRE
DEPARTMENT, DAVID SPROAT, ROBERT
KADEN AND SIDNEY KINI

_____
MARK R. ZENGER, ESQ.
DONNA E. RICHARDS, ESQ.
Attorneys for Plaintiffs

_____
DARWIN L. D. CHING, ESQ.
Attorney for Defendant
ETHAN SAGE


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Carl Ragasa, et al. v. County of Kauai, et al.*, United States District Court, Districtu of Hawaii, Civil No. 03-000540 BMK, ***Stipulation For Extension of Discovery Deadline, And Order***

3