GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| CORLIS J. CHANG | 3539-0 |
| CCHANG@GOODSILL.COM | |
| BARBARA A. PETRUS | 3238-0 |
| BPETRUS@GOODSILL.COM | |
| KIMBERLY J. KOIDE | 8256-0 |
| KKOIDE@GOODSILL.COM | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendants
COUNTY OF KAUA'I, KAUA'I FIRE
DEPARTMENT, DAVID SPROAT, ROBERT
KADEN AND SIDNEY KINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>                    Defendants. | CV. NO. 03-00540 BMK<br><br>NOTICE OF WITHDRAWAL OF GREGORY JACKSON, JR. AS CO-COUNSEL FOR DEFENDANTS COUNTY OF KAUA'I, KAUA'I FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN AND SIDNEY KINI; CERTIFICATE OF SERVICE<br><br><br><br>**TRIAL DATE: April 18, 2006** |

1156096.1

**NOTICE OF WITHDRAWAL OF GREGORY JACKSON, JR. AS CO-COUNSEL FOR DEFENDANTS COUNTY OF KAUAʻI, KAUAʻI FIRE DEPARTMENT, DAVID SPROAT, <u>ROBERT KADEN AND SIDNEY KINI</u>**

Notice is hereby given that Gregory Jackson, Jr., J.D. No. 7774-0, formerly of the law firm Goodsill Anderson Quinn & Stifel, LLP ("GAQS"), is withdrawn as co-counsel for Defendants COUNTY OF KAUAʻI, KAUAʻI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN and SIDNEY KINI (collectively "County Defendants"). Mr. Jackson has relocated out of the State of Hawaiʻi and has not been associated with GAQS for several years.

The law firm of GOODSILL ANDERSON QUINN & STIFEL, LLP through CORLIS J. CHANG, BARBARA A. PETRUS, and KIMBERLY J. KOIDE, will remain as counsel for the County Defendants in this matter.

DATED: Honolulu, Hawaiʻi, January 6, 2006.

        /s/ Corlis J. Chang
        CORLIS J. CHANG
        BARBARA A. PETRUS
        KIMBERLY J. KOIDE
        *Attorneys for Defendants*
        COUNTY OF KAUAʻI, KAUAʻI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN AND SIDNEY KINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>Defendants. | CV. NO. 03-00540 BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the NOTICE OF WITHDRAWAL OF GREGORY JACKSON, JR. AS CO-COUNSEL FOR DEFENDANTS COUNTY OF KAUAʻI, KAUAʻI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN AND SIDNEY KINI has been duly served upon the following as addressed and in the manner indicated on the date specified below.

1156915.1

| NAME(S) | U.S. MAIL POSTAGE PREPAID | HAND DELIVERY | ECF |
|---|---|---|---|
| Mark R. Zenger, Esq.<br>Donna E. Richards, Esq.<br>RICHARDS & ZENGER<br>3016 Umi Street, Suites 204 & 211B<br>Lihue, Kauai, HI 96766<br><br>Attorneys for Plaintiffs | ☒ | ☐ | ☐ |
| Darwin L. D. Ching, Esq.<br>ASB Tower, Suite 1008<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>ETHAN SAGE | ☒ | ☐ | ☐ |

DATED: Honolulu, Hawai'i, January 6, 2006.

        /s/ Corlis J. Chang
_____
CORLIS J. CHANG
BARBARA A. PETRUS
KIMBERLY J. KOIDE

Attorneys for Defendants
COUNTY OF KAUA'I, KAUA'I FIRE
DEPARTMENT, DAVID SPROAT, ROBERT
KADEN AND SIDNEY KINI