## Investigative Findings

When the petitions were circulated to selected Water Safety Officers, Nathan Hookano and Myles Emura said that neither the Fire Chief nor the Fire Department supports the Water Safety Program. As this undermines the authority and integrity of the Fire Department, this serious matter needed to be investigated. As such, Hookano and Emura were placed on Leave of Absence pending investigation (because their presence would impact the investigation) and the investigation commenced on or about January 7, 2002.

## Interview Summaries

Each Water Safety Officer was questioned and interviewed utilizing the same question format (see attached). This is a summary of the Investigative Findings.

1.  Date: January 7, 2002     Name:     Kalani Vierra

    Summary of Statements:
    Petition brought to Tower 8 while he (Kalani Vierra) was working by Myles Emura TA WSO III. He signed both petitions but felt uncomfortable, pressured and on the spot and also said he really didn't want to sign the petitions. He has heard Nathan Hookano make negative and derogatory remarks about the Fire Department, Fire Chief and BC Kaden. Examples: you cannot trust the Fire Department, The Chief or Bob Kaden; (Chief) he's twofaced; (Bob Kaden) he's all for the haoles, he's a backstabber. He (Kalani Vierra) heard rumors, through the grapevine about DC Kaden smoking "pot" and dealing heroin.

2.  Date: January 8, 2002     Name:     Gerald Hurd

    Summary of Statements:
    Petition brought to Tower 8 while he (Gerald Hurd) was working; by Myles Emura who said "you guys need to sign this!" He (Gerald Hurd) signed the petitions but felt pressured in to doing so. He has heard Nathan Hookano make negative and derogatory remarks about the Fire Department, Fire Chief and BC Kaden. Examples: you cannot trust the Fire Department, the Chief or Bob Kaden. Also as a new discovery, he (Gerald Hurd) related that on May 16, 2001, after the hiring orientation talk by the Fire Chief Nathan Hookano said to them (Chris Pico, David Duncan, Gerald Hurd), "What the Chief said was a bunch of bullshit. You cannot trust the Fire Department; they won't help you get ahead. He (Gerald Hurd) also relates a time under Parks and Recreation when Nathan Hookano yelled and swore (F___) at him.



EXHIBIT B

3. Date: January 8, 2002   Name:   Alan Yamagata

   Summary of Statements:
   Petition brought to Tower 8, while he (Alan Yamagata) was working, by Myles Emura who said he had papers for them to look at and sign. He (Alan Yamagata) asked if he could think about it and Myles Emura said, "just sign it". He (Alan Yamagata) felt pressured to sign. He has heard Nathan Hookano make negative and derogatory remarks. Example: "I'm tired of the bullshit", "theses guys, they don't know what they're doing", "you gotta watch out for Bob Kaden and the Chief." He (Alan Yamagata) has heard that Ethan Sage had been threatened with violence and also about the unfair treatment of Roy Yamagata.

4. Date: January 8, 2002   Name:   David Duncan

   Summary of Statements:
   Myles Emura handed the petitions to him while he worked at the Tower. He (David Duncan) read it and Myles Emura said, "The Chief doesn't understand how we feel". He (David Duncan) signed the petition but didn't feel pressured to do so. When asked if he had ever heard Nathan Hookano make negative and derogatory statements, he wouldn't answer the question but said he recalled Nathan Hookano saying "to solve these things come directly to me, we can work them out or solve them ourselves". Also when asked if he recalled Nathan Hookano making remarks after the Chief's orientation talk he said "you already have confirmation, I have nothing to say about this". The rest of his answers of e through I were in the negative (no).

5. Date: January 9, 2002   Name:   Ethan Sage

   Summary of Statements:
   Myles Emura called his (Ethan Sage) mother to arrange a meeting with him at the Hanalei Courthouse. He (Myles Emura) had a friend with him in the lifeguard truck (heavy set with beard). He (Myles Emura) said, "I have something for you to sign or not sign but for you to sign would be helpful. He (Ethan Sage) initially didn't want to sign petition, he saw other names and felt pressured to sign it, so he signed it. He has heard Nathan Hookano make negative and derogatory remarks. Examples: "you're either with us or against us"; "you cannot trust the Fire Department, the Chief or Bob Kaden"; "the Chief is bullshit, a backstabber". He (Ethan Sage) has been threatened verbally with violence. On his first day of hire, Nathan Hookano and Randy Ortiz threatened him verbally and Nathan Hookano called him a liar without any reason or cause. In the Spring of 1999 when he (Ethan Sage) and Carl Ragasa had a falling out, Carl Ragasa threatened him (Ethan Sage) with violence in front of WSO III Nathan Hookano, who did nothing about it. Another time he (Nathan Hookano) called him (Ethan Sage) into Tower 5, locked the door and spoke in a threatening manner and another time while in his truck Nathan Hookano called him (Ethan Sage) a "F—

king haole". In September 2001 when he (Nathan Hookano) was upset with the Chief's comments at Council he (Ethan Sage) heard Nathan Hookano say "F—k the Fire Department and the Chief. Nathan Hookano and Myles Emura once approached him (Ethan Sage) and said "Don't take this the wrong way, we heard that you and Bob Kaden were involved with smoking pot—we know". He (Ethan Sage) denied it even though they kept pressuring him to admit it. It was a false accusation and he refused to admit it because it never happened. He also feels that Nathan Hookano has instigated a rift or conflict between he and Chris Pico. Chris Pico speaks to him in a condescending and disrespectful tone and he (Ethan Sage) feels that Nathan Hookano is behind it and supporting it.

6.  Date: January 10, 2002    Name:    Kainoa Numazawa

Summary of Statements:

Myles Emura brought petition to the tower on either Saturday or Sunday and said, "check this out if you want to sign". He (Myles Emura) asked "do you want Bob Kaden or us to train you?". He (Kainoa Numazawa) didn't feel pressured and signed it. He (Kainoa Numazawa) has heard Nathan Hookano make negative and derogatory remarks. Examples: "you cannot trust the Fire Department, the Chief and Bob Kaden".

7.  Date: January 11, 2002    Name:    Chris "Jody" Simpson

Summary of Statements:

Myles Emura brought petition Saturday or Sunday to Tower 1. Working were Carl Ragasa, Clay Wolcott, Mark McKamey and him (Chris Simpson). He started off saying Bob Kaden was making accusatory remarks about Tower 1. He felt there was the vibe or "you're either with us or against us" and he (Chris Simpson) had told Lucas Hamberg on Friday that he didn't want to sign or deal with it (petitions). He felt peer pressure and signed it. He (Chris Simpson) has heard Nathan Hookano say negative and derogatory remarks about the Fire Department, the Chief and especially Bob Kaden. Examples: "you cannot trust the Fire Department, the Chief and Bob Kaden". He has heard the rumor of Bob Kaden dealing heroin through the grapevine.

8.  Date: January 16, 2002    Name:    Chris Pico

Summary of Statements:

Myles Emura came by Sunday and said "I have some paperwork for you to sign". He also said "you're either with us or against us". He (Chris Pico) felt pressured to sign in the negative and signed because everyone else signed. He also noticed it was on Parks and Recreation letterhead. He (Chris Pico) has heard Nathan Hookano make negative and derogatory remarks. Examples:

"you're either with us or against us"; "you cannot trust the Fire Department, the Chief and Bob Kaden". "They are full of shit, the Chief is a backstabber, be careful." He doesn't remember what Nathan Hookano said on orientation day (May 16, 2001) however he's aware of many contradictory messages by Nathan Hookano and Myles Emura. He (Chris Pico) has heard the rumors of Bob Kaden smoking pot and dealing heroin and is also aware of Nathan Hookano inciting negative reactions and feelings with Carl Ragasa against Bob Kaden and the Fire Department.

9.  Date: January 22, 2002    Name:    Roy Yamagata

    Summary of Statements:

    Myles Emura came by Tower 5 and said "something in the tower to look at." He (Roy Yamagata) refused to sign petition about Bob Kaden. He read and signed the second petition and didn't feel pressured. He hasn't heard Nathan Hookano make negative and derogatory remarks about the Fire Department. The Chief and Bob Kaden. (He's the Union Steward). About 3-4 weeks ago in a meeting with Nathan Hookano, Allan Arquette, Bernard Carvalho and himself, Nathan Hookano started yelling and became verbally abusive. Since that time Nathan Hookano has harassed and blackballed him. He has heard rumors about Bob Kaden (pot and heroin) through the grapevine.

10. Date: January 22, 2002    Name:    Lucas Hamberg

    Summary of Statements:

    Myles Emura and Nathan Hookano drove up in the lifeguard truck. Nathan Hookano stayed in the truck but listened to the conversation and nodded in support of Myles Emura's statements of "we have papers for you to look at and sign" and "Bob Kaden's on a different page, we can't work together, he's setting himself up to be Chief". He (Lucas Hamberg) refused to sign both petitions and Myles Emura said "Well, you think about it tonight and I'll come back tomorrow". He (Lucas Hamberg) felt pressured to sign in the negative. He (Lucas Hamberg) has heard Nathan Hookano repeatedly make negative and derogatory remarks. Examples: "you're either with us or against us"; "you cannot trust the Fire Department, the Chief and Bob Kaden"; "the Chief is a backstabber, he doesn't give a shit about the guards." "F—k the Chief, Bob Kaden and the department". When he (Lucas Hamberg) was a contract worker in Parks and Recreation, Nathan Hookano yelled, swore and was verbally abusive to him. He was asked by Nathan Hookano to inflate OT hours and Pat Layosa questioned them. He has heard the rumors of Bob Kaden smoking pot and dealing heroin.

11. Date: January 24, 2002    Name:    Norman Hunter

Summary of Statements:

Myles Emura came by Tower 5 in the County truck accompanied by a guy named Mike (not a WSO). He (Myles Emura) said, "do you want to sign this petition?" Norman Hunter asked who didn't sign and Myles Emura replied Roy Yamagata and Lucas Hamberg. Norman Hunter asked why they didn't sign and Myles Emura said "the way I look at it, you're either with us or against us". He (Norman Hunter) felt pressured to sign but did so anyway. He has heard Nathan Hookano make negative and derogatory remarks. Examples: "you're either with us or against us"; "you cannot trust the Fire Department, the Chief and Bob Kaden"; "Chief is a backstabber"; "Bob Kaden's a liar". On the radio, Nathan Hookano would talk to him in an accusatory tone so the other WSO's could all hear. He heard Myles Emura say that Ethan Sage said that Bob Kaden smoked pot with him. He also heard that Bob Kaden's dealing heroin rumor through the other lifeguards.

## Additional Interviews & Testimonies

These additional summaries and testimonies are from individuals who were not involved with the petitions.

1. Date: January 18, 2002          Name:    Allen Arquette

   Summary of Statements

   He (Allen Arquette) has heard Nathan Hookano make negative and derogatory remarks about the Fire Department. New discovery: John Martin (Park Ranger) told him (Allen Arquette) that he has heard Nathan Hookano make negative and derogatory remarks frequently in the Parks and Recreation office. He (Allen Arquette) has also heard from Francis Takasaki (who he took the Red Cross Lifeguard Class from in August 2001) that Nathan Hookano called him by phone and urged him not to pass him (Allen Arquette).

2. Date: January 22, 2002          Name:    Alex Kellipio

   Summary of Statements

   He (Alex Kellipio) asked Nathan Hookano to bring in any unused or surplus inventory (supplies and uniforms) that he had in his possession. Nathan Hookano acknowledged he had some and he would comply. Later when asked again, he (Nathan Hookano) responded that he didn't have anything. He (Alex Kellipio) brought in different items (hats, caps, fanny packs, t-shirts, tank tops, long sleeved shirts) to field test and assigned them to specific tower sites for that purpose. In following up with the WSO's from these sites he found out they never received the items (Tower 4 & Tower 5). A donation of shorts from Hapuna Sportsware (Handled by Nathan Hookano) was not equally distributed. When newly purchased uniforms were distributed he (Alex Kellipio) found out one of the WSO's at Tower 5 did not receive his full allotment.

3. Date: January 22, 2002          Name:    Bernard Carvalho

   Summary of Statements

   He (Bernard Carvalho) has heard Nathan Hookano make negative and derogatory remarks in the Parks and Recreation office about the Fire Department, the Fire Chief and BC Kaden.

4. Date: January 28, 2002          Name:    Glenn Hamberg

   Summary of Statements

   He (Glenn Hamberg) relates how in a meeting with Nathan Hookano on June 7, 2001, he (Nathan Hookano) made numerous negative and derogatory remarks about the Fire Department, the Fire Chief and BC Kaden.