Water Safety Bureau Meeting
August 28, 2001

Present:    Fire Chief Sproat, BC Kaden, Kaleo Hookano, Pat Layosa, Recorder

At 11:00 am Chief Sproat opened the meeting with his wanting to meet for a while re: stolen property at Lydgate and concerns regarding the effectiveness of supervision with life guards with respect to dissemination of information and communication.

Chief to write letter and he has conferred with Personnel Services regarding action to be taken.

1. First theft on 6/20/01 Lydgate Tower Storage Shed lost binoculars, oxygen units, and radios.
2. Small attempted break-in of Tower 4, break-in of lock sometime in July. Lock replaced.

Shoddy shed problems and alternatives. E-2 identified where radios, charger to be stored. Towers 4 and 5 to be informed of change.

3. 8/7/01 Break-in. Expensive equipment still stored at Lydgate storage. New guards, Chris Pico and Ethan Sage to be told of equipment transferred storage to E-2. Lucas Hamberg on vacation and Norman Hunter on Sick leave said they were not informed of alternate storage area. Responsibility lies with Supervisor not employees. Kaleo told Chief he was responsible per Chief for costly lost of equipment.

Alternative plan was in motion, not put in place….serious issue, offense.

This repeat loss of $6,700 - $8,000 lost of equipment has been put on Crime Stoppers by the cops.

**Recommendation: Accountability and responsibility must be taken.**

Kaleo said he was not here to challenge charges but the Lucas knew exactly what needed to be done and that he was informed. Lucas said no way he was going to store it at E-2. Lucas was the instigator. Tower 4 and 5 – Hunter said he knew. Kaleo found out after break-in. Lucas told Kaleo "Bad news, there was a break-in." Then Lucas denied knowing about it. When Lucas came back from vacation. Kaleo said, "I shoulder everything." If Lucas arbitrarily effectuated change, he is also responsible for what happened.

Lucas working today. Bring in Hunter and him to clear this matter and resolve issue.



Page 2

Mark McKamey to come in from Tower 1 to back up Pono. Hanalei is flat. Kaleo radioed Tower 1 for Mark to call Kaleo on phone. Mark move man to Tower 4.

**Off the Record:**

Management staff stays behind closed doors. Ragasa notified by Kaleo of letter of reprimand. Rumor that Ragasa was to be suspended. Ragasa said, "You guys are out to get me." Kaleo told BC Kaden that he didn't say anything to Ragasa and that there was something going on between Bob and Ragasa. Cannot communicate with Kaleo.

In further sessions confidentiality must be prevailed. Guidelines per Fire Chief – Management actions and decisions must be kept confidential.

Ragasa told Kaleo that something was going to happen to him. Bob talked to him earlier. Protocol broken per Kaleo because Kaden goes directly to Towers. B C to be more involved and will be stopping at towers more often.

Pre-planned off duty people to work OT at water activities ahead of time.

On 8/25/01 BC Kaden was taking his kids to the beach when he saw Carl driving his car when he was suppose to be on duty. BC Kaden to document incident. Kaleo will talk to Carl and address issue. Negatives of possible disciplinary action. Carl takes sick leave. BC wanted to suspend Carl. Pat recommended that he be sent a letter of reprimand.

Meeting disbanded until Hunter and Lucas come in.

Chief said any time an incident happens other than ordinary, documentation is to be provided to the Chief. Also accurate logs are to be maintained. WSOs and new lifeguards who did not attend meetings are the ones making errors. If they continue to make mistakes, we need to address this. Kaleo brought up that SOGs, training, First Reponder, USLA not being done, so he and a group of WSOs had their certifications done at KCC. Chief said that we are trying to standardize everything. Old SOP still in effect until new one adopted. Focus on beach and area of concern – tower needs to be manned. Station log system needs to be in place.

Due for another meeting with guards. Mandatory meeting – makeup meeting if someone doesn't show up.

Page 3

12:25 pm
Meet with Lucas, Hunter, Chief, BC Kaden, Kaleo and Pat

Chief viewing 8/01 break-in to determine how it happened. Alternative storage was discussed. Lucas came back from vacation on 7/20/01. Checked with Myles cause no equipment was around. Ethan picked it up from E-2. Myles asked Lucas about taking equipment home; did not say anything about protocol. Equipment was left in Lydgate storage room. Lucas said, "I didn't unilaterally make decision to store the equipment at the storage shed instead of E-2." Couple of weeks later, Hunter returned to work and found out about the equipment being stored at E-2.

According to Kaleo's log, on 8/16/01 he talked to Hunter and Sage. Lucas knew but never like take it to E-2 because of the distance.

Hunter never knew until after the robbery.

BC Kaden said he was looking for the WSO at 4:30pm on 8/27/01. Hunter claims he was in the tower.

Lucas requested a written protocol about who goes where. Tower 4 – Tower 5.

Pick up truck at 9:00 am to E-2.

Kaleo asked Hunter, (senior WSO) what his thoughts were. He said everything working out okay – great. Ethan is Ethan. We're doing our job. Will do what leadership tells them to do. Problem should be nipped in the bud. Chief gave his radio to Hunter to use. Talk to guys who work in the Wailua area – is there a better spot? Everyone is important in the whole picture.

Info about E-2 was definitely out there. Needs to be in writing – important. Myles said he didn't know where locker was at E-2. Flow of info not adequate. Administration has to shoulder some of this responsibility. Organizational not personal criticisms. Clip boards to be provided for memos in writing. Problem - not getting info at 4 and 5. Needs closer supervision.

Kaleo told Chief, "Give me what's due me." Info dissemination and implementation inadequate.

Chief conferenced with Tanigawa and was told if Kaleo wholly negligent he should be suspended for 10 days based on the severity of the incident. Chief said Administration is partially to blame. Chief frustrated and puzzled with road blocking and is trying to find a solution. Game playing, manipulation at towers.

Page 4

Findings – Suspension for 2 days. LWOP Wednesday and Thursday, Friday on vacation.

Chief spoke to Kaleo about attitudes and being accountable for actions and decisions he makes. Ragasa problem – Kaleo to handle on Thursday because Carl is off on Tuesday and Wednesday.

Kaleo to get a letter from the Chief before the end of the day. Let's put this to rest.