Water Safety Bureau Meeting
October 3, 2001

Present:   Fire Chief Sproat, BC Kaden, BC Moniz, Kaleo Hookano, Myles Emura, Pat Layosa, Recorder

*[handwritten margin note: what was mtg. about?]*

At 9:40 am Chief Sproat prefaced meeting with statement that BCs Kaden and Moniz and himself had met with the Mayor. If you want union representation present, you may call for one because this meeting may result in disciplinary action. Chief requested that dedicated phones be kept on at all times. There was no answer at HGEA. A message was left for Dale. *[handwritten: we tried talking to him without a response]*

*[handwritten margin note: Kaden encouraged me (9-20-01) to look into rezoning]*

Chief reiterated chain of command regarding seeing Council members, Ron Kouchi, Ricky Watanabe, public, department heads – Eugene Jimenez. Lifeguards are NOT moving. Chief has open door policy. If you chose to, you may meet with Mayor after this meeting. Responsible, accountable for money, time, reports and being helpful, treating each other and public fairly. There's been an advance in training and equipment.

Statement made by Chief at Council on T.V. on budget and funding issue. "KFD didn't ask for lifeguards, they were assigned." Chief says everything he said was true. Chief to issue a clarification to the line so they will know. "What comes out of the mouth, comes from the heart, " was Kaleo's reply. Memo to lifeguards as well. Chief apologized for statement because Kaleo stated that it had rubbed the lifeguards the wrong way. If Chief not available wait-till Chief gets back --- that's protocol.

9:50 am
Dale contacted. He will come in ten minutes to represent Myles and Kaleo.

Myles tells Chief about BC Kaden approaching Myles in Kona about being overloaded. *[handwritten: Kaden advised me into new structure to look]*
Myles requested to come up with a structure because of the BC schedule he is not available every day for direction and answers. Trucks not ordered to suit lifeguard needs. Input from lifeguards – FF telling lifeguards what to do. Why weren't Myles and Kaleo involved. 40-hr supervisor in charge of lifeguards at all times is what Myles suggested. BC Kaden said these were valid concerns and workable. Myles said we seem to be arguing and butting heads.

A meeting with the lifeguards and HGEA to be called by Mayor.

BC Moniz told the Mayor that there is a problem. Supervision and structure is a problem. Structure picked must be given 100% try. Changes not evaluated and needs to be addressed. Kaleo stated that they <u>needed clarity in operations</u>. Chief given lot of direction. <u>No power to discipline, nothing done</u> eg. Allen Arquette's situation. When is this going to end. Chief said we are awaiting the results of his medical evaluation on his



Page 2

physical and that we are moving towards dismal. We must follow Civil Service Rules and we are also working with Workers Comp to do performance evaluation.

*[handwritten: never came about / not evaluated]*

10:07 am Union Agent Dale Shimomura arrives.

Chief informs Dale that the results of this meeting outcome may result in disciplinary action.

*[handwritten left margin: Told to find out about restructure by Kaden and Dale]*

First issue: Not following department protocol of chain of command. Chief received call from Ron Kouchi, Wally Rezentes, Jr., Eugene Jimenez, BC Kaden, Ricky Watanabe. About six months ago there were calls to Gary Hooser which prompted Chief to tell Kaleo to follow chain of command and to go through the proper channels. I want to make it clear that you are ordered not to take department matters outside of the department. Dale asked what was Kaleo trying to do by contacting Hooser? BC Kaden asked if the council was going to run the lifeguards.

*[handwritten: we needed a complete plan to present to Sproat regarding re-org.]*

Chief takes issue with everyone knowing and Kaleo didn't see the Chief. Dale said he takes responsibility because he told them to gather homework for their proposal. It was not Myles' or Kaleo's intent to circumvent the chain of command. Dale said he accepts blame for their failure to follow protocol and that in light of 9/11 isn't this their freedom of speech. Internal, administrative concerns separate from Kaleo/Myles trying to free Chief by formulating a semi-autonomous division. Per Dale there was no violation.

*[handwritten left margin: Sproat said Roy will be tested physically by independent doctor / never done]*

Second issue: RE: Roy Yamagata. Do not allow Roy to use ski. Take him off the skis. Dr. Grollman gave him clearance. Chief wanted to give Roy audience about reason for not operating ski. Skills evaluation on Roy by Brandvold. Roy found out when Summer hires left. Roy could be grabber, not operator. Do not make change until Chief Talks to Roy and evaluation complete. Reassignment okayed by BC Kaden. BC Kaden to Roy, "I will not over-ride risk management decision." Reassign Roy to Tower 6 Salt Pond. If three WSOs at Poipu, okay for Roy to be there. Poipu was down to two WSOs; therefore Roy was moved. Dale reads letter, says nothing to come of it. Roy just airing dissatisfaction. Chief says things orally and then changes what he says, eg. Summer hires cannot work alone, then Summer hires can work alone. CC: Mayor, BC Kaden, Allen Arquette, Carl Ragasa, and Lucas Hamberg. Roy complains and does things too. Letter should be taken seriously. No basis for suit.

Dale said that the Punishment has to suit the crime and there should leniency. Myles made Roy's movement on the weekend. Roy called in sick right away. Kaleo was off. Manage risk every day per Chief. Hears second hand from Randy.

Chief's responsible for informing BC Kaden. Responsibility goes down the chain. Myles made movement with "No malice intended," just in the interest of risk management. Chief failed to inform all parties involved. Myles only had the well-being

*[handwritten: Kaden agreed to move Roy as risk management.]*

Page 3

of the department at heart. Chief to consider above. To avoid miscommunication, create an understanding: Communication Important!

Chief needs to be confident that communication is good---leave the phones on---no game playing.

Myles stated that they wanted to carry the ball. Issue of Carl Ragasa being told before BC Kaden gave him the letter of reprimand. Chief has open door policy. He took the Water Safety division and is committed to make improvements. *He has made things worse*

 The re-assignment of Sid Kini to be in charge of lifeguards was told to Kaleo by Sid. Chief told them that because of union concerns that couldn't be done and apologized for situation. The issue if dead. *Issue is not dead!*

Creation of WSO IV: Check with person who supposedly said before getting angry.
 Directional orders to be in writing. Answer to one person.

BC Moniz stated that there is an agreement with HFFA that only the BC and Deputy can work with the lifeguards. Issues to be addressed soon. Lifeguards stays in the Fire Department. Mayor told Chief to work it out.

SOGs are not the savior of all things; changes can be made. Changes are taking longer to accomplish.

 Training for Lifeguards:
Myles and Kaleo are needed as supervisors on line. Communication must be clear.
Chief doesn't want to micromanage; give him ideas. *gave him the surveys*

#1   Battery replacement. Dexter working on an open ended contract.

#2   Working with Mechanic to service and maintain new vehicles. No communication with Gary. The ½ time mechanic to "pick up slack".

Chief told them to look to us as helping the lifeguards get equipment, funds, etc. Chief to take the "heat".

ATV for Kekaha – DLNR MOA
Re-evaluate if possible to move. Training from manufacturer is basic. Bring guy down for specialized training for beach use. Contact Oahu – Kalani Kamana'o, Instructor. Kaleo or Myles to contact Kamana'o for cost, needs, availability, etc. Duration of class is 4 to 8 hours.

Specs for new truck should include racks, tie downs to accommodate hauling.

*Kaden slow to fulfill request*

Page 4

Following items still not received: Rain guard, gas cap, oxygen units for Towers 4 and 5  *Kaden in charge of getting equip.*

Lydgate storage room door – security, deadlock bolt should be better. BC Moniz to follow-up with Public Works. Only Lydgate has problems with break-ins.

Letter of reprimand to Carl. Carl is not clear about Summer hires being unsupervised. BC Kaden requested that reprimand be rescinded. *normal practice by all senior guards*

Kaleo #1   Kealia and Haena infrastructures. Portable containers to house equipment. Have Kona take pictures of container with wheels that are used there and send to Kauai. Need to put doors on new Haena Tower. Cost???

Roy called in sick. Need Doctor's paper. Put him at Tower 6. Leave him to operate ski. To diffuse situation bring him back to Poipu. Can be at Tower 6 but if there is another operator, Roy is the grabber. Lifeguards Randy, Kalani, and Gerald not comfortable with Roy as grabber. *Ray has permanent spinal injury and was compensated for injury.*

Chief stated that we will move forward to improve communications. Will not take disciplinary action. He is responsible for not informing BC Kaden and being clear. Please come to Chief if unhappy; follow chain of command and do not take department matters outside of the department. Myles and Kaleo can meet with Mayor if they so desire. *we don't need permission to speak to anyone from Spratt*

Mayor to call meeting with HGEA, Gerald Ako and Water Task Force.

We depend on you folks to supervise the men. Need a plan from Myles/Kaleo about hiring of Winter lifeguards. *cannot supervise without proper authority to discipline*

Interview for new hires set for 10/12/01. If Sanoe is coming for interview, Kaleo cannot be on interview board. Hire date tentative set for 11/1/01.

Memo about assignment to Kealia/Haena. Assignment to be based on seniority and ability.

Wailua Beach Tower to be closed and moved to Kealia.

BC Kaden said the time to communicate is when angry. — *Kaden is problem talking to Ray, norman, Lucas, ethan*

Schedule meeting with Mayor next week – 10/10/01.

? Questions to be strictly confidential. Kaleo said to give them the questions ½ hour before the scheduled interview. *3 guards had same questions in a earlier interview*

Myles will work on structure and responsibility.

Page 5

Pat explained the problems that were encountered with the "draft" she and Eve are working with and that every effort will be made to get the SOGs finalized.