Form KFD 103
Miscellaneous Report

# Fire Department
# County of Kauai

6/4/02

TO : Whom it may concern
FROM : Ethan R Sage
DATE : 6/4/02
RE : Carl Ragasa

Norman [signature]
WSO III

Kaden
Exб. 18

Pertaining to the charges ~~pressed~~ against Carl Ragasa: I Ethan R. Sage, of sound mind, & body state that I did not press charges against Carl Ragasa for the incident on 4/1/02.

Exhibit No. E
Witness: M. Souza
Date: 11/4/05
Reporter: M. Sharon Souza

also,

on the day of 1/1/02, I was picked up at Tower 9 by Batallion Chief Bob Kaden & Norman Hunter W.S.O. III who is the Lifeguard Supervisor, and then transported via County Fire dept. Blazer to the Lihue police station where we were joined by F.A.O. Sid Kini. Norman Hunter returned to Lifeguard base, dropped off at county office building prior to myself and B.C. Kaden's arrival at Police station. Sid Kini and myself then made statements to an officer about the events that took place on 1/1/02. I was then later returned home by B.C. Kaden

Ethan R Sage

**EXHIBIT E**