Form KFD 103
Miscellaneous Report

**Fire Department
County of Kauai**

TO     : _____

FROM   : Ethan R. Sage

DATE   : 9/29/02

RE     : _____

On the 27th of March 2002 Chief Kaden picked me up from T-9 and took me to the Lihue police station against my will, and then Chief Kaden coersed me into giving false statements, pertaining to the incidents on Friday, March 22nd, 2002.

Ethan R. Sage

# EXHIBIT F

Exhibit No. F
Witness: M. Souza
Date: 11/18/05

Reporter: M. Sharon Souza

00395