Form KFD 103
Miscellaneous Report

# Fire Department
# County of Kauai

TO : Whom it may concern

FROM : Ethan R Sage

DATE : _____

RE : Intimidation in the Workplace

On March 27th I was taken in to the Lihue police station by B.C. Bob Kaden. There we were met by FAO Sid Kini in the station parking lot. Moments later I made several statements to the officer, with Sid Kini by my side and Bob Kaden over my shoulder. I made statements to the officer saying that Carl Ragasa was swearing at me the morning of Wed the 20th of March and Friday the 22nd of March 2002. I made these statements to the officer due to heavy pressure and Intimidation I was recieving from the Introduction of the Fire dept. for the lifeguards from June of 2000. The pressures came specifically from the Higher management, (Fire Chief Sprad B.C. Bob Kaden, Sid Kini (FAO).) I felt my Job would be in Jeopardy and I would be dismissed from my position not complying with them. All the statements made to the officer on March 27th pertaining to the derogatory comments made said by Carl Ragasa to Myself did not occur. I feel that the pressure I have felt and currently feeling by upper management is abusive, stressfull and intimidating. I don't know How much more I can take!

EXHIBIT G       Ethan R Sage

Exhibit No. ___G___
Witness: M. Souza
Date: 11/8/05

Reporter: M. Sharon Souza

00561