DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
Attorneys at Law, A Law Corporation
3016 Umi Street, Suites 204 and 212
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

Attorneys for Plaintiffs
CARL RAGASA and KANANI RAGASA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA and KANANI RAGASA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI and ETHAN SAGE,<br><br>　　　　　Defendants. | CIVIL NO. 03-00540 BMK<br><br>**CERTIFICATE OF SERVICE (Re: PLAINTIFFS CARL RAGASA AND KANANI RAGASA'S MEMORANDUM IN OPPOSITION TO DEFENDANTS COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN AND SIDNEY KINI'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I - IX OF PLAINTIFFS CARL RAGASA AND KANANI RAGASA'S COMPLAINT FILED ON OCTOBER 3, 2003; DECLARATION OF COUNSEL; EXHIBITS "A" through "I"; DECLARATION OF TERRY CHUNG; DECLARATION OF MYLES EMURA; DECLARATION OF KALEO HOOKANO; DECLARATION OF NORMAN HUNTER; DECLARATION OF GERALD HURD; DECLARATION** |

```
)  OF MARK MCKAMEY;
)  DECLARATION OF CARL RAGASA;
)  DECLARATION OF BRUCE STINE;
)  DECLARATION OF CLAYTON
)  WOLCOTT; CERTIFICATE OF
)  SERVICE)
)
)  HEARING
)  DATE: DECEMBER 23, 2005
)  TIME: 10:00 A.M.
)  JUDGE: BARRY M. KURREN
)  TRIAL DATE: April 18, 2006
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing "PLAINTIFFS CARL RAGASA AND KANANI RAGASA'S MEMORANDUM IN OPPOSITION TO DEFENDANTS COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN AND SIDNEY KINI'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I - IX OF PLAINTIFFS CARL RAGASA AND KANANI RAGASA'S COMPLAINT FILED ON OCTOBER 3, 2003; DECLARATION OF COUNSEL; EXHIBITS "A" through "I"; DECLARATION OF TERRY CHUNG; DECLARATION OF MYLES EMURA; DECLARATION OF KALEO HOOKANO; DECLARATION OF NORMAN HUNTER; DECLARATION OF GERALD HURD; DECLARATION OF MARK MCKAMEY; DECLARATION OF CARL RAGASA; DECLARATION OF

BRUCE STINE; DECLARATION OF CLAYTON WOLCOTT; CERTIFICATE OF SERVICE" was served on the following persons via regular mail and facsimile on the date shown below.

>   CORLISS CHANG, ESQ.
>   GOODSILL ANDERSON QUINN & STIFEL
>   1800 Ali'i Place, 1099 Alakea Street
>   Honolulu, Hawaii 96813
>   Facsimile No. (808) 547-5880
>
>   Attorney for Defendants
>   COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT,
>   DAVID SPROAT, ROBERT KADEN and SIDNEY KINI
>
>   DARWIN D.L. CHING, ESQ.
>   1001 Bishop Street
>   American Savings Bank Tower, Suite 1008
>   Honolulu, Hawaii 96813
>   Facsimile No. (808) 536-2119
>
>   Attorney for Defendant
>   ETHAN SAGE

DATED:   Lihue, Kauai, Hawaii, January 06, 2006.

   MARK R. ZENGER
   Attorney for Plaintiffs
   CARL RAGASA and KANANI RAGASA

---

**CERTIFICATE OF SERVICE;** <u>Carl Ragasa and Kanani Ragasa v. County of Kauai, et. al,</u> United States District Court, District of Hawaii, CIVIL NO. CV03 00540SPK-BMK.

---