IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA and KANANI RAGASA, | CIVIL NO. 03-00540 BMK |
| Plaintiffs, | **DECLARATION OF COUNSEL** |
| vs. | |
| COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI and ETHAN SAGE, | |
| Defendants. | |

## DECLARATION OF COUNSEL

I, MARK R. ZENGER, declare as follows:

1.  I am one of the attorneys for Plaintiffs in the above-entitled lawsuit. I make this Declaration based upon my own personal knowledge of and/or belief in the matters herein set forth.

2.  All exhibits and declarations referenced herein are attached to PLAINTIFFS CARL RAGASA AND KANANI RAGASA'S MEMORANDUM IN OPPOSITION TO DEFENDANTS COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN AND SIDNEY KINI'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I - IX OF PLAINTIFFS

CARL RAGASA AND KANANI RAGASA'S COMPLAINT FILED ON OCTOBER 3, 2003.

I, MARK R. ZENGER, do declare under penalty of law that the foregoing is true and correct.

DATED:   Lihue, Kauai, Hawaii, January 06, 2006.

> MARK R. ZENGER
> Attorney for Plaintiffs
> CARL RAGASA and KANANI RAGASA