IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA and KANANI RAGASA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI and ETHAN SAGE,<br><br>　　　　　Defendants. | CIVIL NO. 03-00540 BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served on the following persons via regular mail and facsimile on the date shown below.

CORLISS CHANG, ESQ.
GOODSILL ANDERSON QUINN & STIFEL
1800 Ali'i Place, 1099 Alakea Street
Honolulu, Hawaii 96813
Facsimile No. (808) 547-5880

Attorney for Defendants
COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT,
DAVID SPROAT, ROBERT KADEN and SIDNEY KINI

DARWIN D.L. CHING, ESQ.
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813

Facsimile No. (808) 536-2119

Attorney for Defendant
ETHAN SAGE

DATED:   Lihue, Kauai, Hawaii, January 06, 2006.

                                                MARK R. ZENGER
                                                Attorney for Plaintiffs
                                                CARL RAGASA and KANANI RAGASA