GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| CORLIS J. CHANG | 3539-0 |
| CCHANG@GOODSILL.COM | |
| BARBARA A. PETRUS | 3238-0 |
| BPETRUS@GOODSILL.COM | |
| KIMBERLY J. KOIDE | 8256-0 |
| KKOIDE@GOODSILL.COM | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendants
COUNTY OF KAUAI, KAUAI FIRE
DEPARTMENT, DAVID SPROAT, ROBERT
KADEN AND SIDNEY KINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>Defendants. | CV. NO. 03-00540 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendant County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Request for Admissions to Plaintiffs Carl Ragasa and Kanani Ragasa has been duly served upon the following to the last know address on the date of filing.

| NAME(S) | U.S. MAIL POSTAGE PREPAID | HAND DELIVERY | FACSIMILE |
|---|---|---|---|
| Mark R. Zenger, Esq.<br>Donna E. Richards, Esq.<br>RICHARDS & ZENGER<br>3016 Umi Street,<br>Suites 204 & 211B<br>Lihue, Kauai, HI 96766<br><br>Attorneys for Plaintiffs | ☒ | ☐ | ☐ |
| Darwin L. D. Ching, Esq.<br>ASB Tower, Suite 1008<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>ETHAN SAGE | ☒ | ☐ | ☐ |

DATED: Honolulu, Hawaii, January 11, 2006.

*/s/ Corlis J. Chang*
CORLIS J. CHANG
BARBARA A. PETRUS
KIMBERLY J. KOIDE

Attorneys for Defendants
COUNTY OF KAUAʻI, KAUAʻI FIRE
DEPARTMENT, DAVID SPROAT, ROBERT
KADEN AND SIDNEY KINI

3