IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>　　　　　　Defendants. | CV. NO. 03-00540 BMK<br><br>DECLARATION OF CORLIS J. CHANG; EXHIBITS 1-4 |

## **DECLARATION OF CORLIS J. CHANG**

I, CORLIS J. CHANG, declare as follows:

1.　I am a member of the law firm of Goodsill Anderson Quinn & Stifel, A Limited Liability Law Partnership, special counsel to the County of Kauaʻi in this instant case.

2.　Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Police Report attached to the Deposition of Estelle C. Furuike Upon

1110785.1

Written Interrogatories taken September 6, 2005.

      3.    Attached hereto as Exhibit 2 are true and correct excerpts taken from the deposition transcript of Carl Ragasa, Volume II, taken on October 13, 2004.

      4.    Attached hereto as Exhibit 3 are true and correct excerpts taken from the deposition transcript of Carl Ragasa, Volume I, taken on October 12, 2004.

      5.    Attached hereto as Exhibit 4 are true and correct excerpts taken from the deposition transcript of Carl Ragasa, Volume III, taken on January 14, 2005.

      I, CORLIS J. CHANG, do declare under penalty of law that the foregoing is true and correct.

      DATED:    Honolulu, Hawai'i, January 13, 2006.

                                        /s/ Corlis J. Chang
                                        CORLIS J. CHANG