# DEPOSITION OF CARL RAGASA VOL III TAKEN ON 01-14-05

*Page 504 to Page 671*

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

# RALPH ROSENBERG COURT REPORTERS, INC.

1001 Bishop Street
2460 Pacific Tower
Honolulu, HI 96813
Phone: (808) 524-2090
FAX: (808) 524-2596

**EXHIBIT 4**

Page 540

(1) back with a shorter one?
(2) Q. Do you have any evidence to show that Ethan,
(3) in fact, did press charges against you?
(4) A. I no more evidence.
(5) Q. Did you read the rest of the statement?
(6) A. Yeah.
(7) Q. Okay. To your knowledge, is anything in the
(8) rest of that statement incorrect?
(9) A. When he picked up da kine -- when Kaden
(10) picked up Ethan and went to the house and let him bathe,
(11) at least to that part, he let him bathe and gave him his
(12) clothes for go in.
(13) Q. Okay. It doesn't say that in this
(14) statement, right?
(15) A. Yeah.
(16) Q. But what it does say and let me go through
(17) it, "Also on the day of blank/02 I was picked up at
(18) Tower 9 by battalion chief Bob Kaden and WSO3 Norman
(19) Hunter, who was a lifeguard supervisor. And then
(20) transported via our county fire department Blazer to the
(21) Lihue Police Station where we were joined by FAO Sid
(22) Kini."
(23)      Except for the part about going to the
(24) house, is there anything in that statement incorrect as
(25) far as you know?

Page 541

(1) A. No.
(2) Q. It goes on, "Norman Hunter returned to the
(3) lifeguard -- to lifeguard base, walked off at the county
(4) office prior to myself and BC Kaden arrival at police
(5) station." As far as you know, is anything wrong with
(6) that statement? Is that incorrect in any way?
(7) A. Maybe. I think Norman told me that Kaden
(8) ordered 'em to go back to the station by himself.
(9) Because maybe he never like them hear what the charges
(10) they was going to try, the false charges which I told you
(11) he never like Norman hear. 'Cause Ethan was already
(12) telling me he never like press charges the whole time.
(13) Q. But nothing wrong with the statement of --
(14) A. Nothing wrong with the statement.
(15) Q. Okay. Then it says "Sid Kini and myself
(16) then made statements to an officer about the events that
(17) took place on blank/02. I was then later returned home
(18) by BC."
(19)      As far as you know, is anything wrong with
(20) that statement?
(21) A. Yeah, he was supposed to go back work, but
(22) he brought him home.
(23) Q. But is that statement false in any other
(24) way?
(25) A. No, that's true.

Page 542

(1) Q. Okay. So this statement here, except for
(2) some omissions you pointed out, doesn't contain anything
(3) false as far as you know against you, right?
(4) A. Yeah.
(5) Q. Let's go through Exhibit No. 6. How did you
(6) get Exhibit No. 6 now, tell me?
(7) A. He wrote it quick by the tower because he
(8) was in a rush. And he told me he was going to make me
(9) one better one.
(10) Q. This was on September 29th, '02, that's the
(11) date of it, right?
(12) A. Yeah. This one came after.
(13) Q. Let's talk about this one first, Exhibit
(14) No. 6. Is this document true and accurate copy of the
(15) document that you received on September 29, '02?
(16) A. September 29th, '02?
(17) Q. In other words --
(18) A. Yeah, that's the one he wrote me.
(19) Q. This is the one -- a copy of what you got
(20) from Ethan on that day, right?
(21) A. Yeah. And I remember, too, he the one that
(22) asked for that. I was working and he came by the tower,
(23) "Eh, give me the 103 and I will make you the statement,
(24) but I gotta go real quick, so I'll make you a better one
(25) later on."

Page 543

(1) Q. Okay. This statement says on the 27th of
(2) March '02 -- 2002 Chief Kaden picked me up from T-9 and
(3) took me to the Lihue Police Station against my will. And
(4) then Chief Kaden," it's spelled wrong, but it looks like,
(5) "coersed" C-O-E-R-S-E-D, "coersed me in to giving false
(6) statements pertaining to the incidents on Friday,
(7) March 22nd, 2002."
(8)      As far as you know, what is wrong, if
(9) anything, with that statement?
(10) A. Nothing.
(11) Q. So Ethan told you he was coerced in to
(12) giving false statement?
(13) A. Yes.
(14) Q. Coerced means he was forced?
(15) A. Yeah.
(16) Q. In what way did Ethan tell you he was forced
(17) into making false statements?
(18) A. I don't know. In what way? He didn't.
(19) Q. He didn't specify?
(20) A. No.
(21) Q. What was he going to get out of this?
(22) A. I don't know. Maybe at his age and they
(23) offer you something, you take it, you know, like a little
(24) kid. Kaden was telling him while he was pressing the
(25) charges, I mean, writing up the police report that's the

671

| | |
|---|---|
| 1 | STATE OF HAWAII                    ) |
| | ) SS. |
| 2 | CITY AND COUNTY OF HONOLULU ) |

3    I, PATRICIA RIVERA, Notary Public, State of

4 Hawaii, do hereby certify:

5    That on January 14, 2005, at 12:35 p.m.

6 appeared before me CARL RAGASA, the witness whose

7 deposition is contained herein; that prior to being

8 examined he was by me duly sworn;

9    That the deposition was taken down by me in

10 machine shorthand and was thereafter reduced to

11 typewriting under my supervision; that the foregoing

12 represents, to the best of my ability, a true and correct

13 transcript of the proceedings had in the foregoing

14 matter.

15    I further certify that I am not attorney for

16 any of the parties hereto, nor in any way concerned with

17 the cause.

18    DATED this 6th day of February 2005, in

19 Honolulu, Hawaii.

20

21

22

_____
PATRICIA RIVERA, CSR 176
23    Notary Public, State of Hawaii
My commission expires 4/08/08

24

25