IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>Defendants. | CV. NO. 03-00540 BMK<br><br>DECLARATION OF CORLIS J. CHANG; EXHIBITS "1" – "3" |

## **DECLARATION OF CORLIS J. CHANG**

I, CORLIS J. CHANG, state on oath:

1. That I am a partner in the law firm of Goodsill Anderson Quinn & Stifel, counsel for Defendants County of Kaua'i, Kaua'i Fire Department, David Sproat, Robert Kaden and Sidney Kini in this matter.  If called to testify, I could testify as to the matters stated herein.

2. Attached hereto as Exhibit "1" are true a correct copies of the transcripts of the Deposition of Carl Ragasa, Volume III, taken on

1109437.1

January 14, 2005.

   3. Attached hereto as Exhibit "2" are true a correct copies of the transcripts of the Deposition of Carl Ragasa, Volume II, taken on October 13, 2004.

   3. Attached hereto as Exhibit "3" is a true and correct copy of a letter dated November 10, 2003 from Charles Brewster of the US Lifesaving Association to Carl Ragasa which was authenticated by Mr. Ragasa at his deposition on October 13, 2004.

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED: Honolulu, Hawai'i, January 13, 2006.

              /s/ Corlis J. Chang
              CORLIS J. CHANG