ORIGINAL

DARWIN L.D. CHING  1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@verizon.net

Attorney for Defendant
ETHAN SAGE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 9 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>　　　　　Defendants. | CIVIL NO. 03-00540 BMK<br><br>DEFENDANT ETHAN SAGE'S SUBSTANTIVE JOINDER TO "DEFENDANTS COUNTY OF KAUA'I, KAUA'I FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN and SIDNEY KINI'S REPLY MEMORANDUM IN SUPOPRT OF THEIR MOTION FOR SUMMARY JUDGMENT ON COUNTS III - VI OF PLAINTIFFS CARL RAGASA AND KANANI RAGASA'S COMPLAINT FILED ON OCTOBER 3, 2003 (CONSPIRACY, RESPONDEAT SUPERIOR, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS), FILED ON 9/2/05", FILED ON 1/13/06; CERTIFICATE OF SERVICE |

|  |
|---|
| ) |
| ) Hearing: |
| ) Date: November 15, 2005 |
| ) Time: 2:30 p.m. |
| ) Judge: Barry M. Kurren |
| ) |
| ) TRIAL DATE: MARCH 7, 2006 |
| ) |

DEFENDANT ETHAN SAGE'S SUBSTANTIVE JOINDER TO "DEFENDANTS COUNTY OF KAUA'I, KAUA'I FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN and SIDNEY KINI'S REPLY MEMORANDUM IN SUPOPRT OF THEIR MOTION FOR SUMMARY JUDGMENT ON COUNTS III - VI OF PLAINTIFFS CARL RAGASA AND KANANI RAGASA'S COMPLAINT FILED ON OCTOBER 3, 2003 (CONSPIRACY, RESPONDEAT SUPERIOR, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS), FILED ON 9/2/05", FILED ON 1/13/06

Defendant Ethan Sage, by and through his attorney, Darwin L.D. Ching, pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby joins in "Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Reply Memorandum In Support of Their Motion for Summary Judgment on Counts III – VI of Plaintiffs Carl Ragasa and Kanani Ragasa's Complaint filed on October 3, 2003 (Conspiracy, Respondeat Superior, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress), filed on 9/2/05", filed on January 13, 2006, presently scheduled for hearing on January 24, 2006 at 10:00 a.m. before the Honorable Barry M. Kurren.

2

DATED:   Honolulu, Hawaii, January 19, 2006.

_____
DARWIN L.D. CHING
Attorney for Defendant Ethan Sage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA )<br>)<br>) Plaintiffs, )<br>)<br>vs. )<br>)<br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE, )<br>)<br>Defendants. ) | CIVIL NO. 03-00540 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties via U.S. Mail and/or hand delivery (as indicated below) on the date of filing herein.

      Mark Zenger, Esquire                  Via U.S. Mail
      Donna E. Richards, Esquire
      Richards & Zenger
      3016 Umi Street, Suites 204 and 211B
      Lihue, Hawaii 96766

      Attorneys for Plaintiffs

        Corlis J. Chang, Esquire        Via Hand Delivery
        Barbara A. Petrus, Esquire
        Anne T. Horiuchi, Esquire
        Goodsill Anderson Quinn & Stifel
        1099 Alakea Street, Suite 1800
        Honolulu, Hawaii 96813

        Attorneys for Defendants County of Kauai,
        Kauai Fire Department, David Sproat,
        Robert Kaden and Sidney Kini

DATED:   Honolulu, Hawaii, January 19, 2006.

                                            _____
                                            DARWIN L.D. CHING
                                            Attorney for Defendant Ethan Sage