ORIGINAL

DARWIN L.D. CHING   1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@verizon.net

Attorney for Defendant
ETHAN SAGE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>　　　　　　Defendants. | CIVIL NO. 03-00540 BMK<br><br>DEFENDANT ETHAN SAGE'S SUBSTANTIVE JOINDER TO "DEFENDANTS COUNTY OF KAUA'I, KAUA'I FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN and SIDNEY KINI'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON COUNTS I AND II OF PLAINTIFFS CARL RAGASA AND KANANI RAGASA'S COMPLAINT FILED ON OCTOBER 3, 2003 (VIOLATION OF 42 U.S.C. §1983, CIVIL RIGHTS VIOLATION), FILED ON 9/7/05", FILED ON 1/13/06; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: January 24, 2006<br>Time: 10:00 a.m. |

|  |  |
|---|---|
|  | ) Judge: Barry M. Kurren |
|  | ) |
|  | ) TRIAL DATE: MARCH 7, 2006 |
|  | ) |

DEFENDANT ETHAN SAGE'S SUBSTANTIVE JOINDER TO "DEFENDANTS COUNTY OF KAUA'I, KAUA'I FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN and SIDNEY KINI'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON COUNTS I AND II OF PLAINTIFFS CARL RAGASA AND KANANI RAGASA'S COMPLAINT FILED ON OCTOBER 3, 2003 (VIOLATION OF 42 U.S.C. §1983, CIVIL RIGHTS VIOLATION), FILED ON 9/7/05", FILED ON 1/13/06

Defendant Ethan Sage, by and through his attorney, Darwin L.D. Ching, pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby joins in Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Reply Memorandum in Support of Their Motion for Summary Judgment on Counts I and II of Plaintiffs Carl Ragasa and Kanani Ragasa's Complaint filed on October 3, 2003 (Violation of 42 U.S.C. §1983, Civil Rights Violation), filed on 9/7/05", filed on January 13, 2006 presently scheduled for hearing on January 24, 2006 at 10:00 a.m. before the Honorable Barry M. Kurren.

DATED:   Honolulu, Hawaii, January 19, 2006.

_____
DARWIN L.D. CHING
Attorney for Defendant Ethan Sage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA<br><br>   Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>   Defendants. | ) CIVIL NO. 03-00540 BMK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties via U.S. Mail and/or hand delivery (as indicated below) on the date of filing herein.

    Mark Zenger, Esquire                  Via U.S. Mail
    Donna E. Richards, Esquire
    Richards & Zenger
    3016 Umi Street, Suites 204 and 211B
    Lihue, Hawaii 96766

    Attorneys for Plaintiffs

Corlis J. Chang, Esquire                    Via Hand Delivery
Barbara A. Petrus, Esquire
Anne T. Horiuchi, Esquire
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

Attorneys for Defendants County of Kauai,
Kauai Fire Department, David Sproat,
Robert Kaden and Sidney Kini

DATED:   Honolulu, Hawaii, January 19, 2006.

_____
DARWIN L.D. CHING
Attorney for Defendant Ethan Sage