ORIGINAL

DARWIN L.D. CHING   1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@verizon.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_ M
SUE BEITIA, CLERK

Attorney for Defendant
ETHAN SAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>Defendants. | CIVIL NO. 03-00540 BMK<br><br>CERTIFICATE OF SERVICE RE: "DEFENDANT ETHAN SAGE'S JOINDER TO "DEFENDANTS COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN AND SIDNEY KINI'S REQUEST FOR ADMISSIONS TO PLAINTIFFS CARL RAGASA AND KANANI RAGASA", DATED 1/11/06", DATED 1/20/06<br><br>TRIAL DATE: APRIL 18, 2006 |

CERTIFICATE OF SERVICE RE:
"DEFENDANT ETHAN SAGE'S JOINDER TO "DEFENDANTS COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN AND SIDNEY KINI'S REQUEST FOR ADMISSIONS TO PLAINTIFFS CARL RAGASA AND KANANI RAGASA", DATED 1/11/06", DATED 1/20/06

I hereby certify that two (2) copies of Defendant Ethan Sage's Joinder to "Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Request for Admissions to Plaintiff Carl Ragasa and Kanani Ragasa", dated 1/11/06, dated January 20, 2006 were served on the following party via U.S. Mail on the date of filing herein.

>Mark Zenger, Esquire
>Donna E. Richards, Esquire
>Richards & Zenger
>3016 Umi Street, Suites 204 and 211B
>Lihue, Hawaii 96766

>Attorneys for Plaintiffs

I hereby certify that one (1) copy of Defendant Ethan Sage's Joinder to "Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Request for Admissions to Plaintiff Carl Ragasa and Kanani Ragasa", dated 1/11/06, dated January 20, 2006 was served on the following party via hand delivery on the date of filing herein.

>Corlis J. Chang, Esquire
>Barbara A. Petrus, Esquire
>Anne T. Horiuchi, Esquire
>Goodsill Anderson Quinn & Stifel
>1099 Alakea Street, Suite 1800
>Honolulu, Hawaii 96813

>Attorneys for Defendants County of Kauai,
>Kauai Fire Department, David Sproat,
>Robert Kaden and Sidney Kini

DATED:   Honolulu, Hawaii, January 20, 2006.

_____
DARWIN L.D. CHING
Attorney for Defendant Ethan Sage