# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00625JMS-BMK |
| CASE NAME: | John McAllister v. University of Hawaii, et al. |
| ATTYS FOR PLA: | Andre Wooten not present |
| ATTYS FOR DEFT: | Christine Tamashiro, John Komeiji |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 1/24/2006 | TIME: | 9:31 - 9:45 |

COURT ACTION:  EP: [44] Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Motion for Summary Judgment on Counts I and II of Plaintiffs Carl Ragasa and Kanani Ragasa's Complaint Filed on October 3, 2003 (Violation of 42 USC 1983, Civil Rights Violation) - taken on advisement.

[38] Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Motion for Summary Judgment on Counts III - VI of Plaintiffs Carl Ragasa and Kanani Ragasa's Complaint Filed on October 3, 2003 (Conspiracy, Respondeat Superior, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress) - taken on advisement.

[39] Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Motion for Summary Judgment on Counts VII - IX of Plaintiffs Carl Ragasa and Kanani Ragasa's Complaint Filed on October 3, 2003 (Conspiracy, Respondeat Superior, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress) - taken on advisement.

Submitted by Richlyn Young, Courtroom Manager