# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 03-00540BMK
CASE NAME:        Carl Ragasa, et al. v. County of Kauai, et al.
ATTYS FOR PLA:    Donna E. Richards, Mark Zenger
ATTYS FOR DEFT:   Corlis J. Chjang, Darwin L.D. Ching, Edmund Saffery
INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F
DATE:    1/24/2006                TIME:       9:56 - 10:46

COURT ACTION:  COURT ACTION:  EP: [44] Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Motion for Summary Judgment on Counts I and II of Plaintiffs Carl Ragasa and Kanani Ragasa's Complaint Filed on October 3, 2003 (Violation of 42 USC 1983, Civil Rights Violation) - taken on advisement.

[38] Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Motion for Summary Judgment on Counts III - VI of Plaintiffs Carl Ragasa and Kanani Ragasa's Complaint Filed on October 3, 2003 (Conspiracy, Respondeat Superior, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress) - taken on advisement.

[39] Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Motion for Summary Judgment on Counts VII - IX of Plaintiffs Carl Ragasa and Kanani Ragasa's Complaint Filed on October 3, 2003 (Conspiracy, Respondeat Superior, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress) - taken on advisement.

Submitted by Richlyn Young, Courtroom Manager