# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br><br>
1/30/2006  4:30 pm<br><br>
SUE BEITIA, CLERK

CASE NUMBER:   CV 03-00540BMK

CASE NAME:   Carl Ragasa, et al. v. County of Kauai, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Barry M. Kurren          REPORTER:

DATE:   1/30/2006                 TIME:

---

COURT ACTION:  EO: New trial date/deadlines given at the request of the parties and the consent of the court. Court to prepare an amended scheduling order.

1.   Jury trial on November 14, 2006 at 9:00 a.m. before BMK
2.   Final Pretrial Conference on October 3, 2006 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by September 26, 2006
5.
6.
7.
8a.  File Motions in Limine by October 24, 2006
8b.  File opposition memo to a Motion in Limine by October 31, 2006
11a.
11b.
12.
13.  Settlement Conference on call before LEK
14.
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by October 31, 2006
21.  File Final witness list by October 24, 2006
24.  Exchange Exhibit and Demonstrative aids by October 17, 2006
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 24, 2006

G:\docs\richlyn\cv 03-540bmk ragasa 1-30-06.wpd

26.   File objections to the Exhibits by October 31, 2006
28a.  File Deposition Excerpt Designations by October 24, 2006
28b.  File Deposition Counter Designations and Objections by October 31, 2006
29.   File Trial Brief by October 31, 2006
30.


cc: Tammy Kimura


Submitted by Richlyn Young, Courtroom Manager


CV 03-00540BMK;
Carl Ragasa, et al. v. County of Kauai, et al.;
Rule 16 Scheduling Conference Minutes
1/30/2006

G:\docs\richlyn\cv 03-540bmk ragasa 1-30-06.wpd