DARWIN L.D. CHING  1750
Attorney At Law
1001 Bishop Street
American Savings Bank Tower, Suite 1008
Honolulu, Hawaii 96813
Telephone: (808) 536-7888
Facsimile: (808) 536-2119
Email: darwinching@verizon.net

Attorney for Defendant
ETHAN SAGE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

at 3 o'clock and 15 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>　　　　　Defendants. | CIVIL NO. 03-00540 BMK<br><br>DEFENDANT ETHAN SAGE'S SUBSTANTIVE JOINDER TO "DEFENDANTS COUNTY OF KAUA'I, KAUA'I FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN and SIDNEY KINI'S SUPPLEMENTAL BRIEF PURSUANT TO COURT ORDER REQUESTING ADDITIONAL BRIEFING FILED 1/25/06", FILED ON 2/28/06; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: January 24, 2006<br>Time: 10:00 a.m.<br>Judge: Barry M. Kurren<br><br>TRIAL DATE: NOVEMBER 14, 2006 |

DEFENDANT ETHAN SAGE'S SUBSTANTIVE JOINDER TO "DEFENDANTS COUNTY OF KAUA'I, KAUA'I FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN and SIDNEY KINI'S SUPPLEMENTAL BRIEF PURSUANT TO COURT ORDER REQUESTING ADDITIONAL BRIEFING FILED 1/25/06", FILED ON 2/28/06

Defendant Ethan Sage, by and through his attorney, Darwin L.D. Ching, pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby joins in Defendants County of Kauai, Kauai Fire Department, David Sproat, Robert Kaden and Sidney Kini's Supplemental Brief Pursuant to Court Order Requesting Additional Breifing filed 1/25/06", filed on February 8, 2006.

DATED:   Honolulu, Hawaii, February 9, 2006.

_____
DARWIN L.D. CHING
Attorney for Defendant Ethan Sage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI FIRE DEPARTMENT, DAVID SPROAT, ROBERT KADEN, SIDNEY KINI, AND ETHAN SAGE,<br><br>    Defendants. | CIVIL NO. 03-00540 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties via U.S. Mail and/or hand delivery (as indicated below) on the date of filing herein.

Mark Zenger, Esquire                          Via U.S. Mail
Donna E. Richards, Esquire
Richards & Zenger
3016 Umi Street, Suites 204 and 211B
Lihue, Hawaii 96766

Attorneys for Plaintiffs

|  |  |
|---|---|
| Corlis J. Chang, Esquire<br>Barbara A. Petrus, Esquire<br>Anne T. Horiuchi, Esquire<br>Goodsill Anderson Quinn & Stifel<br>1099 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813 | Via Hand Delivery |

Attorneys for Defendants County of Kauai,
Kauai Fire Department, David Sproat,
Robert Kaden and Sidney Kini

DATED:   Honolulu, Hawaii, February 9, 2006.

                                          _____
                                          DARWIN L.D. CHING
                                          Attorney for Defendant Ethan Sage