# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

CORLIS J. CHANG

AIJI PLACE, SUITE 1800 · 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 · FAX (808) 547-5880
info@goodsill.com · www.goodsill.com

DIRECT DIAL:
(808) 547-5677

INTERNET:
cchang@goodsill.com

July 28, 2006

*[Handwritten note: 7/29/06 Warren — ok to request]*

**VIA FACSIMILE #541-1386**

Hon. Leslie Kobayashi
Magistrate Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: Carl Ragasa, et al. v. County of Kauai, et al.
    Civil No. 03-00540 BMK

Dear Judge Kobayashi:

This request is submitted on behalf of Defendants COUNTY OF KAUA'I ("County"), KAUA'I FIRE DEPARTMENT ("KFD"), DAVID SPROAT ("Sproat"), ROBERT KADEN ("Kaden") and SIDNEY KINI ("Kini") (Sproat, Kaden and Kini collectively referred to herein as "Employee Defendants") (County, KFD and Employee Defendants collectively referred to herein as "County Defendants"), regarding the Settlement Conference scheduled for Monday, August 14, 2006, at 1:30 p.m.

On behalf of the individual defendants Sproat, Kaden and Kini, it is respectfully requested that they be excused from personally attending the settlement conference. Sproat and Kaden are retired from the County and Kini is an active fire fighter with the County. It would present a hardship to have these individuals fly from Kaua'i to attend the conference.

More importantly, Mr. Trent Wood, representing the County insurer, will be available by phone to participate fully in the settlement conference. As Mr. Wood is in Arizona, it is also respectfully requested that he be allowed to participate by phone.

1466829.1

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

Hon. Leslie E. Kobayashi
July 28, 2006
Page 2

    We have advised counsel for Plaintiffs and co-defendant Sage of our request to excuse the individuals and to have Mr. Wood participate by phone. Neither has expressed any objection to our request.

    Thank you for your consideration of these requests.

Sincerely,

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

Corlis J. Chang

CJC:cma

cc:    Mark Zenger, Esq. (via email)
       Darwin Ching, Esq. (via email)
       Margaret Sueoka, Esq. (via email)
       Mr. Trent Wood (via email)
       Mr. David Sproat (via email)
       Mr. Robert Kaden (via email)
       Mr. Sidney Kini (via email)

# GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

ALII PLACE, SUITE 1800 · 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 · FAX (808) 547-5880
info@goodsill.com · www.goodsill.com

## FACSIMILE TRANSMISSION

**DATE:** July 28, 2006

**TO:**

| NAME: | FAX NO.: | PHONE NO.: | SENT/OPERATOR |
|---|---|---|---|
| The Honorable Leslie E. Kobayashi U.S. District Court | (808) 541-1386 | (808) 541-1894 | |

**FROM:** Corlis J. Chang         **PHONE:** (808) 547-5677

**RE:** Carl Ragasa, et al. v. County of Kauai, et al. Civil No. 03-00540 BMK         **MATTER NO:**

| NUMBER OF PAGES WITH COVER PAGE: 3 | Originals Will Follow By Regular Mail |
|---|---|

**Message:**

*If you do not receive all of the pages or if they are illegible, please call the fax room at (808) 547-5600, ext. 528.*

CONFIDENTIALITY: The information contained in this fax message is intended for the confidential use of the persons named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If you have received this document in error, any review or distribution of this message is strictly prohibited, and you should notify us immediately by telephone and return the original message to us by mail. Thank you.