# DARWIN L.D. CHING

ATTORNEY AT LAW

1001 BISHOP STREET
AMERICAN SAVINGS BANK TOWER, SUITE 1008
HONOLULU, HAWAII 96813
PHONE: (808) 536-7888  FACSIMILE: (808) 536-2119

August 2, 2006

**(Via Facsimile: 541-1386, hard copy to follow)**

Honorable Leslie E. Kobayashi
Magistrate Judge
U.S. District Court
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RECEIVED
U.S. MAGISTRATE

AUG - 2 2006

at____ o'clock and ___ min. ___M.
DISTRICT OF HAWAII

                Re:    Ragasa v. County of Kauai, et al.
                       Civil No. 03-00540 SPK BMK
                       U.S. District Court; District of Hawaii

Dear Judge Kobayashi:

        This request is submitted on behalf of Defendant Ethan Sage, individually regarding the Settlement Conference scheduled for Monday, August 14, 2006 at 1:30 p.m.

        On behalf of Defendant Ethan Sage, individually, it is respectfully requested that he be excused from personally attending the settlement conference. Mr. Sage no longer works for the County. It would present a hardship to have him fly from Kauai to attend the conference.

        We will advise counsel for Plaintiffs and co-defendants of our request to excuse Mr. Sage by this letter. Ms. Chang has no objection and Mr. Zenger understands our position via prior communications.

        Thank you for your time and consideration of these requests.

                                        Sincerely,

                                        DARWIN L.D. CHING
                                        Attorney for Ethan Sage

cc:   Ethan Sage
      Mark Zenger, Esquire
      Corlis Chang, Esquire
      Margaret Sueoka, Esquire