# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00540BMK |
| CASE NAME: | Carl Ragasa, et al. vs. County of Kauai, et al. |
| ATTYS FOR PLA: | Donna E. Richards |
| ATTYS FOR DEFT: | Corlis J. Chang <br> Darwin L.D. Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 08/14/2006 | TIME: | 1:30-4:30 |

COURT ACTION: EP: Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager