# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 03-00540BMK

CASE NAME:       Carl Ragasa and Kanani Ragasa vs. County of Kauai, et al.


ATTYS FOR PLA:   Mark Zenger

ATTYS FOR DEFT:  Corlis J. Chang
                 Darwin L.D. Ching

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi        REPORTER:   FTR-Courtroom 7

DATE:    08/21/2006                 TIME:       9:08-9:15

---

COURT ACTION:  EP: Settlement on the Record held.  All parties participated by phone.

Terms stated. Trial date and all deadlines are Vacated.

Magistrate Judge Leslie E. Kobayashi to recommend to Magistrate Judge Barry M. Kurren to entere Order for Dismissal with Prejudice within 30 days of today's date.

Submitted by: Warren N. Nakamura, Courtroom Manager