AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CARL RAGASA AND KANANI RAGASA<br><br>    Plaintiff(s),<br><br>V.<br><br>COUNTY OF KAUAI; KAUAI FIRE DEPARTMENT; DAVID SPROAT; ROBERT KADEN; SIDNEY KINI; ETHAN SAGE<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 03-00540 BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 13, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice, pursuant to the "Order Granting in Part and Denying in Part County Defendants' Motions for Summary Judgment", filed March 22, 2006 and the "Order of Dismissal", filed September 7, 2006.

cc: all counsel

| September 13, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |